■ In the Matter of BRIAN D., Appellant, v KATHLEEN D., Respondent. (Appeal No. 2.) [821 NYS2d 544]—Appeal from an order of the Family Court, Monroe County (Marilyn L. O'Connor, J.), entered March 17, 2005. The order, among other things, dismissed the petition for visitation and ordered that petitioner pay respondent attorney fees in the amount of $8,799.75.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.

■ ROBERT F. SOLETE, Respondent, v LEROY C. HOUSE et al., Appellants. [821 NYS2d 544]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered November 21, 2005 in a personal injury action. The order denied defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.

■ LISA TANNER, Appellant, v PEGGY FLORIAN, Formerly Known as PEGGY SOUTHWELL, Respondent. (Appeal No. 1.) [821 NYS2d 544]—Appeal from a judgment of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered July 13, 2005 in a personal injury action. The judgment, upon a jury verdict, dismissed the complaint and awarded costs and disbursements to defendant.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.

■ LISA TANNER, Appellant, v PEGGY FLORIAN, Formerly Known as PEGGY SOUTHWELL, Respondent. (Appeal No. 2.) [821 NYS2d 509]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered June 17, 2005 in a personal injury action. The order denied plaintiff's motion to set aside the jury verdict and for a directed verdict on the issues of negligence and proximate cause.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Gorski, J.P., Martoche, Smith and Pine, JJ.